**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6454**

J. K. CRANGLE,

        Petitioner - Appellant,

TARA ROSE, fiancée and wife,

        Petitioner,

      v.

GOVERNMENT OF WEST VIRGINIA,

        Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., Senior District Judge. (5:13-cv-00142-FPS-JES)

Submitted: July 29, 2014        Decided: August 1, 2014

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

J. K. Crangle, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

J.K. Crangle, who at all times relevant to the underlying proceedings was a pretrial detainee at the Eastern Regional Jail in West Virginia, seeks to appeal the district court's order accepting the magistrate judge's recommendation to construe Crangle's federal habeas petition pursuant to 28 U.S.C. § 2241 (2012) and to dismiss it for failure to exhaust his state court remedies. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Crangle has not made the requisite showing. Accordingly,

2

we deny a certificate of appealability, deny leave to proceed in forma pauperis, deny Crangle's request for the appointment of counsel, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED